UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

COMMUNICATIONS WORKERS OF
AMERICA, AFL-CIO,

                    Plaintiff,

-against-

VERIZON NEW YORK, INC.,
TELESECTOR RESOURCES GROUP,
INC., EMPIRE CITY SUBWAY
COMPANY (LIMITED), VERIZON
AVENUE, INC., VERIZON ADVANCED
DATA INC., AND VERIZON
CORPORATE SERVICES CORP.

                    Defendants.

Case No. 08-CV-0467(PAC)

---

## STIPULATION AND ORDER EXTENDING TIME TO ANSWER OR MOVE

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the respective parties, that the time for Defendants Verizon New York, Inc., Telesector Resources Group, Inc., Empire City Subway Company (Limited), Verizon Avenue, Inc., Verizon Advanced Data Inc., and Verizon Corporate Services Corp. (collectively "Verizon"), to answer, move or otherwise respond to Plaintiff's Complaint shall be extended up to and including February 25, 2008. The original deadline was February 11, 2008. The parties have not previously sought to extend this deadline.

CWA LEGAL DEPARTMENT

By: _____
Amy S. Young (AY-5547)
275 Seventh Avenue, Suite 2300
New York, New York 10001
(212) 419-1550

*Attorneys for Plaintiff*

JONES DAY

By: _____
Shari M. Goldsmith (SG-0909)
222 East 41st Street
New York, New York 10017
(212) 326-3939

*Attorneys for Defendant*

NYI-4062788v1