UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMMUNICATIONS WORKERS OF AMERICA, AFL-CIO,<br><br>                                   Plaintiff,<br><br>        -against-<br><br>VERIZON NEW YORK, INC., TELESECTOR RESOURCES GROUP, INC., EMPIRE CITY SUBWAY COMPANY (LIMITED), VERIZON AVENUE, INC., VERIZON ADVANCED DATA INC., AND VERIZON CORPORATE SERVICES CORP.,<br><br>                                   Defendants. | Case No.: 08-CV-0467(HB) |

## DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Verizon New York Inc., Telesector Resources Group, Inc., Empire City Subway Company (Limited), Verizon Avenue, Inc., Verizon Advanced Data Inc.[1], and Verizon Corporate Services Group (collectively "Defendants"), by and through their undersigned counsel, hereby make the following disclosure:

1.      Telesector Resources Group, Inc. (a Delaware corporation) is 50% owned by Verizon New York Inc. (a New York corporation) and 50% owned by Verizon New England Inc. (a New York corporation).

2.      Empire City Subway Company (Limited) (a New York corporation) is a direct wholly owned subsidiary of Verizon New York Inc. (a New York corporation).

3.      Verizon Advanced Data Inc. (formerly a Delaware corporation) merged into Verizon New York Inc. (a New York Corporation) on September 28, 2007.

---

[1] Verizon Advanced Data Inc. is not a proper party because it is no longer in existence, and was merged into Verizon New York Inc. on September 28, 2007.

4. Verizon New York Inc. (a New York corporation) and Verizon New England Inc. (a New York corporation) are direct wholly owned subsidiaries of NYNEX Corporation (a Delaware corporation), which is a direct wholly owned subsidiary of Verizon Communications Inc. (a Delaware corporation).

5. Verizon Avenue, Inc. (a Delaware corporation) is an direct wholly owned subsidiary of Verizon Investments Inc. (a Delaware corporation), which is a direct wholly owned subsidiary of Verizon Communications Inc. (a Delaware corporation).

6. Verizon Corporate Services Group (a Delaware corporation) is a direct wholly owned subsidiary of Verizon Communications Inc. (a Delaware corporation).

7. Verizon Communications Inc. is publicly traded on NASDAQ and there is no one person, parent corporation or publicly held corporation that owns more than 10% of its stock.

Dated: February 25, 2008                    Jones Day


                                            By: /s/ Shari M. Goldsmith
                                                Shari M. Goldsmith (SG 0909)
                                                JONES DAY
                                                222 East 41st Street
                                                New York, NY 10017
                                                Telephone: (212) 326-3939
                                                Facsimile: (212) 755-7306

                                                Thomas Beck (*pro hac vice pending*)
                                                JONES DAY
                                                51 Louisiana Avenue, NW
                                                Washington, D.C. 20001-2113
                                                Telephone: (202) 879-3939
                                                Facsimile: (202) 626-1700

                                                *Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 25, 2008, the foregoing Defendants' Corporate Disclosure Statement was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Rules on Electronic Service upon the following parties:

>Amy S. Young
>275 Seventh Avenue, Suite 2300
>New York, New York  10001

>/s/ Shari M. Goldsmith
>Shari M. Goldsmith (SG-0909)
>Jones Day
>222 East 41st Street
>New York, NY 10017-6702
>smgoldsmith@jonesday.com
>(212) 326-3939