UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------x
                                                                          :
COMMUNICATIONS WORKERS OF AMERICA, AFL-CIO,        :
                                                                          :
          Plaintiff,                                                      :
                                                                          :
     - against -                                                          :
                                                                          :
VERIZON NEW YORK, INC. TELESECTOR RESOURCES        :   08 Civ. 0467 (HB)
GROUP, INC., EMPIRE CITY SUBWAY COMPANY             :
(LIMITED), VERIZON AVENUE, INC., VERIZON            : NOTICE OF MOTION
ADVANCED DATA INC., AND VERIZON CORPORATE           :
SERVICES CORP.,                                     :
                                                                          :
          Defendants.                                                     :
                                                                          :
-----------------------------------------------------------------------------x

TO:    Shari Goldsmith, Esq.
       Jones Day
       222 East 41st Street
       New York, NY 10017-6702

       PLEASE TAKE NOTICE that, upon the Complaint in this action, the annexed

Declarations and Exhibits, and the accompanying Memorandum of Law, the Communications

Workers of America will move this Court, before the Honorable Harold Baer, at the United

States Courthouse, 500 Pearl Street, New York, New York, on June 9, 2008, for an Order

compelling Verizon to arbitrate the Union's grievance.

Plaintiff's responsive papers, if any, shall be served on June 2, 2008.

Dated: New York, New York
        May 6, 2008

By: _____
    Amy S. Young (AY 5547)
    Attorneys for Communications Workers
    of America
    275 Seventh Avenue, Suite 2300
    New York, NY 10001
    (212) 419-1550 (voice)
    (212) 419-1555 (facsimile)