DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/27/08

RECEIVED
MAY 2008
U.S. DISTRICT JUDGE
S.D.N.Y

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COMMUNICATIONS WORKERS OF
AMERICA, AFL-CIO,

                    Plaintiff,

-against-

VERIZON NEW YORK, INC.,
TELESECTOR RESOURCES GROUP,
INC., EMPIRE CITY SUBWAY
COMPANY (LIMITED), VERIZON
AVENUE, INC., VERIZON ADVANCED
DATA INC., AND VERIZON
CORPORATE SERVICES CORP.

                    Defendants.

Case No. 08-CV-0467(HB)

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned action, through their respective attorneys, that this action, including all claims therein, shall be, and hereby is, dismissed with prejudice, with each party to bear its own costs and fees.

CWA LEGAL DEPARTMENT

By: _____
Amy S. Young (AY-5547)
275 Seventh Avenue, Suite 2300
New York, New York 10001
(212) 419-1550

*Attorneys for Plaintiff*

JONES DAY

By: _____
Shari M. Goldsmith (SG-0909)
222 East 41st Street
New York, New York 10017
(212) 326-3939

*Attorneys for Defendant*

SO ORDERED:

Dated: New York, New York
       May 27, 2008

_____
Honorable Judge Harold Baer, Jr.

WAI-2878909v1